**Dismissed and Opinion Filed November 14, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01223-CR

**TYLER LANE MOODY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-84750-2023**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Partida-Kipness

Before the Court is Appellant's Motion to Dismiss Appeal, filed November 12, 2024. The motion states, "Appellant, Tyler Moody, now does not want to pursue an appeal of his conviction; and accordingly, requests this Honorable Dallas Court of Appeals to dismiss his appeal." The motion is signed by appellant and his counsel as required by Rule of Appellate Procedure 42.2. *See* TEX. R. APP. P. 42.2(a).

We grant the motion and order the appeal dismissed.

/Robbie Partida-Kipness//
ROBBIE PARTIDA-KIPNESS
JUSTICE

241223f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

TYLER LANE MOODY, Appellant

No. 05-24-01223-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas Trial Court Cause No. 380-84750-2023.
Opinion delivered by Justice Partida-Kipness. Justices Carlyle and Garcia participating.

Based on the Court's opinion of this date, Appellant's Motion to Dismiss Appeal is **GRANTED**, and the appeal is **DISMISSED**.

Judgment entered this 14th day of November, 2024.